IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JENNIFER KENNEDY,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**CRST THE TRANSPORTATION SOLUTION, INC.,**<br><br>            **Defendant.** | Case No. 24-CV-01862-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

   **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 4, 2025 (Doc. 20), this action is **DISMISSED with prejudice**.

**DATED: December, 4 2025**

                                        MONICA A. STUMP,
                                        Clerk of Court


                                        By: *s/ Jackie Muckensturm*
                                                Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
            STEPHEN P. MCGLYNN
            U.S. District Judge